FILED

09/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0468

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0468

STATE OF MONTANA,

 Plaintiff and Appellee,

v.

GARRETT ALAN LEE,

 Defendant and Appellant.

## ORDER

Upon consideration of Appellant's second motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED. Appellant has until September 30, 2024, to prepare, file, and serve the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 6 2024